ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICOLAS VANDERMOLEN,<br>Defendant. | CASE NO. 5:26-MJ-00045-CDB<br><br>APPLICATION TO UNSEAL COMPLAINT |

The arrest warrant in the above-captioned matter was executed on November 23, 2026. As a result, there is no need for the Complaint to remain under seal. Accordingly, the United States asks that the Court order that the Complaint be unsealed.

Dated: November 23, 2026

ERIC GRANT
United States Attorney

By: /s/ Luke Baty
LUKE BATY
Assistant United States Attorney

ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICOLAS VANDERMOLEN<br>Defendant. | CASE NO: 5:26-MJ-00045-CDB<br><br>~~[PROPOSED]~~ ORDER TO UNSEAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and all associated filings in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated: **November 23, 2026**

UNITED STATES MAGISTRATE JUDGE